# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

Adair
_____,
**Plaintiff**

vs.

Tangman, Collier, Gallup, Culkin
Kennedy
_____
_____
_____
_____
_____
**Defendant(s)**

Case No. _____
*(The case number will be assigned by the clerk)*

SCANNED at PCC and E-Mailed
4-3-19 (date) by ____ (initials)
12 (# of pages)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[✓] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

~~Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or~~ other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Adair, Patrick

Prison Identification Number: M22450

Current address: P.O. Box 99 Pontiac, IL 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Tangman, Gregory

Current Job Title: Correctional Officer

Current Work Address: PO Box 99 Pontiac, IL 61764

Defendant #2:

Full Name: Callier, Bryan

Current Job Title: Correctional Officer

Current Work Address: P.O. Box 99 Pontiac, IL 61764

Defendant #3:

Full Name: Gallup, Jonathan

Current Job Title: Correctional Officer

2

Current Work Address  P.O. Box 99 Pontiac, IL 61764

Defendant #4:

Full Name: Teri A. Kennedy

Current Job Title: Chief Administrative Officer

Current Work Address: P.O. Box 99 Pontiac, IL 61764

Defendant #5:

Full Name: Jade Culkin

Current Job Title: Registered Nurse

Current Work Address: P.O. Box 99 Pontiac, IL 61764

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☑

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑     No ☐

C. If your answer to B is yes, how many? __5__   Describe the lawsuit(s) below.

Deliberate Indifference, Eccissive Force, Failure To Protect

1. Name of Case, Court and Docket Number  Adail V. Varga, et.al  18C06305

2. Basic claim made  Eccissive Force

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  Still pending

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?
   Yes ☑  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☑  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Pontiac Correctional Center / Pontiac Mental Health

4

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Patrick Adair v. Officer Dart ~~[crossed out]~~ 16c153

B. Approximate date of filing lawsuit: 11-23-15

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Patrick Adair

D. List all defendants: ~~Captain James Mount Lieutenant Hones~~ Thomas

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Under Civil Right Act, State, Nauthern District, Cook County

F. Name of judge to whom case was assigned: Marvin E. Aspen

G. Basic claim made: Deliberate Indifference

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ~~Still Pending~~ Dismiss

I. Approximate date of disposition: 1-17-17

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Patrick Adair V. Officer Tom Dart, Graber Case Number - 15 CV 10529

B. Approximate date of filing lawsuit: 11-23-17

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Patrick Adair

D. List all defendants: Tom Dart, Officer Graber

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Civil

F. Name of judge to whom case was assigned: Marvin E. Aspen

G. Basic claim made: Delibrate Indifferent

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ~~Still Pendi~~ Dismiss

I. Approximate date of disposition: 1-7-17

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Adair v. Spice 17c1826

B. Approximate date of filing lawsuit: May 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Patrick Adair

D. List all defendants: Spice

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Civil

F. Name of judge to whom case was assigned: Marvin E. Aspen

G. Basic claim made: Ecessive Force

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

I. Approximate date of disposition: Dismiss befor

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Adair V. Kaczynski 17c04528

B. Approximate date of filing lawsuit: May 2017

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Patrick Adair

D. List all defendants: Kaczynski

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Civil

F. Name of judge to whom case was assigned: Marvin E. Aspen

G. Basic claim made: Deliberate Indifference

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dissmiss

I. Approximate date of disposition: None taking

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Date(s) of the occurrence **September 1st of 2018**

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On date above I afflicted self-harm to my person by cutting my inner elbow open and cutting my A.C vain. I lost a massive amount of blood befor officials same to my aid. Once being pulled out of my cell by four unidentified officers I was aggressivly handled, threatend and forced to walk while feeling light head, dizzy, weak in the knees; dehydrated with also a lost of vision. I also defecated, urinated and vomited on my self. I was placed in a holding tank continuing to bleed off and on. I waited on medical staff for what felt like an hour befor RN (Registered Nurse) Jade Culkin arrived with the same four officers. I immediatly informed RN Culkin how I felt (stated above) and also that every sudden move that I make it causes me to bleed out more. All four officials began to laugh at my statement then RN Culkin stated "why sould I care for you when you dont care for your self." Then I started to inform RN Culkin on my Constitutional rights and what she is required to do as a RN. RN Culkin then became very disrespectful stating "I dont have to do anything for you what are you going to do sue me." she went on "My last worry is another lawsuit nigger". RN Culkin then walked away without giving me medical attention falsely accusing me of refusing medical attention. At this time officials was changing over shifts approximatly 3 pm. I sat in the holding tank for just about an hour while officials

5

did there count check and right after passed out food tras to inmates (still I sat in the holding tank continuing to bleed off and on). I was then striped serched then giving a saftey smock then placed on a ten minute observation and placed in cell #115 on suicide watch. I was placed in the cell by ofc. Collier, Gallup, and Lt. Tangman which I then notified the Lieutenant I wouldnt stop bleed he then stated "It will stop I will give you some toilet paper put some pressure on it". Once being giving toilet paper officials walked away I started to put pressure on it but it made things much worse I began to squirt out blood then it started to shoot out blood. For about what felt like an hour I called out to officials but no one came to my aid as time pass by I had lost consciousness. The next thing I remember I was awaken by officer Collier foot smashing my fase against the ground in my cell and I was laying in a puddle of blood. Then ofc. Collier and Gallup took truns kicking me in my face, punch me in the face, and stamping me repeatedly while Lt. Tangman watch I then lost consciousness again the next thing I remember I was being rushed to the hospital. That same night I returned from the hospital I was told by Lt. Tangman I wouldnt be returning to my same cell #115 but I would go into cell #126 which doesnt have any available toilet or use of working sink water hot or cold. Lt. Tangman informed me that they had previously moved a inmate out of this cell and into my cell because they didnt know if I would return or not from the outside hospital. I ask Lt. Tangman why would I have to occupy this unfunctioning cell he then stated "because there was no other cell available to put you in that was functional." Once I entered the cell #126 there was blood and feces all over the floor, windows and walls. I tryd to refuse to

6

enter the cell but ofc. Collier, Gallyp and Lt. Tangman began to state they would force me into the cell so I ~~went~~ went in the cell. I was held in that cell for ten days with no available toilet or working hot or cold water and feces and blood every where. (Also I am a SMI (serious mentally ill) inmate housed at Pontiac Correctional Center in Pontiac Mental Health befor, during and after this incident occurring). I list Warden Kennedy as ~~as~~ a defendant so she can be held responsable for disclosing the full identity of the known participaters.

I bring constitutional violations against the said officials of Cruel Unusual Punishment, Deliberately Indifferent to my serious medical needs, ADA (Americans with Disabilities Act), Excessive Force. Plus any ~~other~~ other violations the court deems neccessary. As a result from losing so much blood I was unable to care for my self having lost of vision, hard of hearing, unable to eat, sleep, walk, stand, feed, breath, think, concentrate for a matter of days more than a week.

## RELIEF REQUESTED

(State what relief you want from the court.)

I Patrick Adair respectfully request the Honorable Court


to have the Defendants of Pontiac Correctional Center to pay any restitution that seem reasonable for damages that was clause to me the Plaintiff.

JURY DEMAND    Yes ☑    No ☐

Signed this 2nd day of ~~February~~ March, 2019.

_Patrick Adair_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Patrick Adair | M22450 |
| Address: | Telephone Number: |
| P.O. Box 99 | N/A |

8